JOSEPH H. HUNT
Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch
KATHRYN L. WYER (Utah Bar No. 9846)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, *et al.*, <br><br> Defendants. | Case No.: 5:20-cv-455 <br><br> **[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO SET BRIEFING SCHEDULE AND STAY CASE MANAGEMENT DEADLINES** |

Having considered the Joint Stipulated Request to Set Briefing Schedule and Stay Case Management Deadlines, and good cause appearing therefore, IT IS HEREBY ORDERED that the following briefing schedule will apply in this case:

- **Tuesday, May 26, 2020**: Defendants' deadline to file Motion to Dismiss
- **Friday, July 10, 2020**: Plaintiffs' deadline to file Opposition to Motion
- **Friday, August 7, 2020**: Defendants' deadline to file Reply in Support of Motion
- **Thursday, August 27, 2020 at 9:00 a.m.:  Hearing on Motion to Dismiss**

*Am. Fed'n of Teachers v. DeVos*, 5:20-cv-455
Order

It is further ORDERED that Defendants' deadlines under Local Civil Rule 16-5 are extended up to and including 30 days after the disposition of Defendants' Motion.

The case management conference previously scheduled for April 30, 2020 is hereby continued ~~until after the Court rules on Defendants' Motion to Dismiss~~.  to Thursday, October 1, 2020 at 10:00 a.m.  The parties' statement is due September 21, 2020.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  March 27, 2020

EDWARD J. DAVILA
United States District Judge

*Am. Fed'n of Teachers v. DeVos*, 5:20-cv-455
Order