JOSEPH H. HUNT
Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch
KATHRYN L. WYER (Utah Bar No. 9846)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education, *et al.*,<br><br>Defendants. | Case No.: 5:20-cv-455-EJD<br><br>**DEFENDANTS' RESPONSE TO CALIFORNIA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Civil Local Rule 3-12(e), Defendants submit this response to the State of California's third-party Administrative Motion To Consider Whether Cases Should Be Related. The State suggests that its separately-filed case, *California v. DeVos et al.*, No. 5:20-cv-1889-NC, is "related" to the above-captioned action based on the definition of "related cases" in Civil Local Rule 3-12(a). That Rule states that an action is related to another action if "(1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are

---

*Am. Fed'n of Teachers v. DeVos*, 5:20-cv-455-EJD
Defendants' Response to California's Administrative Motion to Consider Whether Cases Should Be Related

conducted before different Judges." Civil L.R. 3-12(a).

Defendants acknowledge that the State's case and the above-captioned action both raise challenges under the Administrative Procedure Act, 5 U.S.C. §§ 701-706, to the same Final Rule promulgated by the U.S. Department of Education in 2019, *see* 84 Fed. Reg. 31, 392 (July 1, 2019). Defendants note that they anticipate moving to dismiss each of these actions in separate motions, and that the arguments in support of dismissal will likely raise different issues in each case. However, should the cases proceed beyond the pleading stage, there may be a risk of duplication of labor or conflicting results if the cases are conducted before different Judges.

Dated:  April 1, 2020               Respectfully submitted,

                                    JOSEPH H. HUNT
                                    Assistant Attorney General
                                    MARCIA BERMAN
                                    Assistant Director, Federal Programs Branch

                                    /s/ Kathryn L. Wyer
                                    KATHRYN L. WYER (Utah Bar No. 9846)
                                    U.S. Department of Justice, Civil Division
                                    1100 L Street, N.W., Room 12014
                                    Tel. (202) 616-8475
                                    kathryn.wyer@usdoj.gov
                                    *Attorneys for Defendants*

---

*Am. Fed'n of Teachers v. DeVos*, 5:20-cv-455-EJD
Defendants' Response to California's Administrative Motion to Consider Whether Cases Should Be Related