Glenn Rothner (SBN 67353)
ROTHNER SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, CA 91101
grothner@rsglabor.com
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

Daniel A. Zibel (*admitted pro hac vice*)
Aaron S. Ament (*admitted pro hac vice*)
Robyn K. Bitner (*admitted pro hac vice*)
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1015 15th Street Northwest, Suite 600
Washington, D.C. 20005
dan@defendstudents.org
aaron@defendstudents.org
robyn@defendstudents.org
Telephone: (202) 734-7495

*Counsel for Plaintiffs*

**DENIED**
Judge Edward J. Davila
8/13/2020

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, CALIFORNIA FEDERATION OF TEACHERS, ISAI BALTEZAR, & JULIE CHO,<br><br>*Plaintiffs*,<br><br>vs.<br><br>ELISABETH DEVOS, *in her official capacity as Secretary of Education*, & UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 20-cv-00455-EJD<br><br>PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND TO GRANT DEFENDANTS LEAVE TO RESPOND |

Pursuant to Civil L.R. 7-11, Plaintiffs Isai Baltezar, Julie Cho, American Federation of Teachers, and California Federation of Teachers ("Plaintiffs") respectfully submit this administrative motion for leave to file a surreply to address Defendants' Reply in Support of its Motion to Dismiss [Dkt. 28] ("Reply"). Attached hereto as Exhibit 1 is Plaintiffs' proposed surreply.

In its Reply, Defendants rely heavily on two cases that were not addressed in their opening memorandum of law. One case, *Maryland v. United States Department of Education*, __ F. Supp. 3d __, No. 17-2193, 2020 WL 3029315 (D.D.C. July 17, 2020), was decided after Defendants' filed their initial motion. An additional case, *Marino v. National Oceanic & Atmospheric Administration*, __ F. Supp. 3d __, No. 18-CV-2750 (DLF), 2020 WL 1479515 (D.D.C. Mar. 26, 2020), was decided by the U.S. District Court for the District of Columbia before Defendants' motion was filed, but Defendants cite that case for the first time in their Reply to rebut Plaintiffs' asserted informational injuries as a basis for Article III standing. Defendants' Reply also makes additional arguments, and relies on facts not raised in their opening memorandum of law. Consequently, Plaintiffs have not had a an opportunity to address these arguments and facts.

Good cause exists to grant this motion. *See, e.g.*, *Landmark Screens v. Morgan, Lewis & Bockius*, No. 08-cv-2581 (JF), 2010 WL 3629816, at *2 (N.D. Cal. Sept. 14, 2010) (permitting a surreply where an authority was cited for the first time in a reply); *Altavion, Inc. v. Konica-Monolta Sys. Lab.*, No. 07-cv-6358 (MHP), 2008 WL 2020593, at *1 n.1 (N.D. Cal. May 8, 2008) (permitting a surreply where the reply "posed new arguments and relied upon cases which had not been previously cited"); *Sharper Image v. Consumers Union of U.S.*, No 03-4094 (MMC), 2004 WL 2713064, at *1 n.1 (N.D. Cal. Feb 23, 2004) (considering a surreply in response to arguments raised for the first time in defendant's reply).

Plaintiffs' counsel has contacted counsel for Defendants, who has stated that she disagrees that issues other than the new *Maryland* decision warrant a surreply, but nevertheless agreed to stipulate to Plaintiffs' surreply on the condition that Defendants are given an opportunity to respond. A Stipulation to Grant Plaintiffs Leave to File Surreply in Opposition to

**PLAINTIFFS ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND TO GRANT DEFENDANTS LEAVE TO RESPOND**
Case No. 20-cv-00455-EJD

1

Defendant's Motion to Dismiss and Granting Defendants Leave to Respond is attached hereto as Exhibit 2. A proposed Order is attached hereto as Exhibit 3.

Respectfully submitted,

Glenn Rothner (SBN 67353)
ROTHNER SEGALL & GREENSTONE

Daniel A. Zibel (admitted *pro hac vice*)
Aaron S. Ament (admitted *pro hac vice*)
Robyn K. Bitner (admitted *pro hac vice*)
NATIONAL STUDENT LEGAL DEFENSE
NETWORK

By: /s/ Daniel A. Zibel
　　　　DANIEL A. ZIBEL

August 12, 2020　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

**PLAINTIFFS ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND TO GRANT DEFENDANTS LEAVE TO RESPOND**
**Case No. 20-cv-00455-EJD**

2