1  XAVIER BECERRA
   Attorney General of California
2  NICKLAS A. AKERS
   Senior Assistant Attorney General
3  BERNARD A. ESKANDARI (SBN 244395)
   Supervising Deputy Attorney General
4  AMOS E. HARTSTON (SBN 186471)
   DANIEL A. OSBORN (SBN 311037)
5  CHRISTOPHER M. LAPINIG (SBN 322141)
   Deputy Attorneys General
6   300 South Spring Street, Suite 1702
    Los Angeles, CA 90013
7   Tel: (213) 269-6348
    Fax: (213) 897-4951
8   Email: amos.hartston@doj.ca.gov

9  *Attorneys for Plaintiff the People of the State of
   California*

10
   [See signature page for the complete list of parties
11 represented. Civ. L.R. 3-4(a)(1).]

12              IN THE UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                       SAN JOSE DIVISION

15

16  **AMERICAN FEDERATION OF**            Case No. 20-cv-00455-EJD
    **TEACHERS**, et al.,
17
              Plaintiffs,
18
         v.
19
    **ELISABETH DEVOS**, et al.,
20
              Defendants.
21

22  **THE PEOPLE OF THE STATE OF**        Case No. 20-cv-01889-EJD
    **CALIFORNIA**,
23                                        **JOINT STIPULATION RE MOTION**
              Plaintiff,                  **FOR PARTIAL RECONSIDERATION**
24                                        **BRIEFING AND [PROPOSED] ORDER**
         v.
25                                        Judge:    Hon. Edward J. Davila
    **BETSY DEVOS**, et al.,
26
              Defendants.
27

28

---

Joint Stipulation re Motion for Partial Reconsideration Briefing and [Proposed] Order
Case Nos. 20-cv-00455-EJD, 20-cv-01889-EJD

1

**JOINT STIPULATION**

2        The parties to the above-captioned actions submit this Joint Stipulation re Motion for

3   Partial Reconsideration Briefing related to the Motion for Partial Reconsideration filed by

4   Defendants Secretary Betsy DeVos and the United States Department of Education ("Defendants"

5   or "ED"). (Cal. Dkt. 34; AFT Dkt. 36.)

6        During the October 1, 2020, Case Management Conference, the Court ordered the parties to

7   meet and confer about a proposed briefing schedule for review and approval by the Court. (Cal.

8   Dkt. 33; AFT Dkt. 35.) The Court expressed its inclination to keep the matters being considered

9   to those raised in Defendants' motion for partial reconsideration brief, and to not schedule further

10  briefing by Defendants at this time or a further hearing. The Court seeks to provide Plaintiffs the

11  opportunity to respond to Defendants' arguments.

12       Plaintiffs propose to file their responses to Defendants' Motion for Partial Reconsideration

13  on or before Thursday, October 22, 2020, limiting issues addressed to those raised by Defendants'

14  motion. The Plaintiffs plan to file separate briefs in their respective cases.

15

16  Dated: October 5, 2020                          Respectfully submitted,

17                                                  /s/ Bernard A. Eskandari
                                                    BERNARD A. ESKANDARI
18                                                  Supervising Deputy Attorney General
                                                    AMOS E. HARTSTON
19                                                  DANIEL A. OSBORN
                                                    Deputy Attorneys General
20

21                                                  *Attorneys for Plaintiff the People of the State of*
                                                    *California*
22

23                                                  /s/ Daniel A. Zibel
24                                                  DANIEL A. ZIBEL*
                                                    AARON S. AMENT*
25                                                  ROBYN K. BITNER*
                                                    NATIONAL STUDENT LEGAL DEFENSE
26                                                  NETWORK
                                                    1015 15th Street N.W., Suite 600
27                                                  Washington, D.C. 20005
                                                    dan@defendstudents.org
28
                                                    1

aaron@defendstudents.org
robyn@defendstudents.org
Tel: (202) 734-7495

GLENN ROTHNER (SBN 67353)
ROTHNER SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, CA 91101
grothner@rsglabor.com
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

*Attorneys for Plaintiffs American Federation of
Teachers, California Federation of Teachers, Isai
Baltezar, and Julie Cho*

*Admitted Pro Hac Vice*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer
KATHRYN L. WYER (Utah Bar No. 9846)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Tel: (202) 616-8475
Email: kathryn.wyer@usdoj.gov

*Attorneys for Defendants*

**ORDER RE BRIEFING SCHEDULE**

The above JOINT STIPULATION RE MOTION FOR PARTIAL RECONSIDERATION

BRIEFING is approved. Plaintiffs shall file their respective responses to Defendants' Motion for

Partial Reconsideration on or before Thursday, October 22, 2020.

**IT IS SO ORDERED.**

Dated: October 6, 2020

EDWARD J. DAVILA
United States District Judge