JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch
KATHRYN L. WYER (Utah Bar No. 9846)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH DEVOS, in her official capacity as Secretary of Education, *et al.*,<br><br>Defendants. | Case No. 5:20-cv-455-EJD |
| PEOPLE OF THE STATE OF CALIFORNIA ex rel. Xavier Becerra, Attorney General of California,<br><br>Plaintiffs,<br><br>v.<br><br>BETSY DEVOS, in her official capacity as Secretary of Education, et al.,<br><br>Defendants. | Case No. 5:20-cv-1889-EJD<br><br>**[proposed] ORDER**<br><br>Judge: Hon. Edward J. Davila |

The Court, having considered Defendants' Administrative Motion for Leave to File Reply in Support of Motion for Partial Reconsideration, hereby ORDERS as follows:

Defendants' Motion is GRANTED. The Clerk of Court shall place Defendants' proposed

ORDER
Case Nos. 5:20-cv-455-EJD, 5:20-cv-1889-EJD

reply on the docket of each of the above-captioned actions, and it shall be deemed filed as of the date of this Order.

IT IS SO ORDERED.

DATED: _____, 20__

_____
EDWARD J. DAVILA
United States District Judge

ORDER
Case Nos. 5:20-cv-455-EJD, 5:20-cv-1889-EJD