**DENIED**
Judge Edward J. Davila

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch
KATHRYN L. WYER (Utah Bar No. 9846)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH DEVOS, in her official capacity as Secretary of Education, *et al.*, <br><br> Defendants. | Case No. 5:20-cv-455-EJD |
| PEOPLE OF THE STATE OF CALIFORNIA ex rel. Xavier Becerra, Attorney General of California, <br><br> Plaintiffs, <br><br> v. <br><br> BETSY DEVOS, in her official capacity as Secretary of Education, et al., <br><br> Defendants. | Case No. 5:20-cv-1889-EJD <br><br> **DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL RECONSIDERATION** <br><br> Judge: Hon. Edward J. Davila |

Pursuant to Civil Local Rule 7-11, Defendants respectfully request leave to file the attached proposed reply in support of their motion for partial reconsideration of the Court's Order of September 3, 2020. Defendants have reviewed the memoranda in opposition to Defendants'

DEFENDANTS' ADMIN. MOT. FOR LEAVE TO FILE REPLY IN SUPP. OF MOT. FOR PARTIAL RECONSIDERATION 1
Case Nos. 5:20-cv-455-EJD, 5:20-cv-1889-EJD

motion, filed on October 22, 2020, by Plaintiffs in each of the above-captioned cases and believe that a short reply brief is warranted in order to address mischaracterizations in Plaintiffs' memoranda of controlling and persuasive authorities and of Defendants' positions. Defendants further state the following in support of their motion for leave:

In its Order of September 3, 2020, the Court granted in part and denied in part Defendants' motions to dismiss the above-captioned cases. On September 15, 2020, Defendants filed a motion for leave to file a motion for partial reconsideration. At the case management conference held on October 1, 2020, the Court granted Defendants' motion for leave and indicated that it would allow Plaintiffs to file memoranda in opposition to Defendants' motion for partial reconsideration but would not schedule a reply brief for Defendants. Instead, the Court indicated that, if Defendants wished to file a reply brief after reviewing Plaintiffs' opposition briefs, Defendants should seek leave to do so at that time. In accord with the Court's direction, the parties conferred and stipulated that Plaintiffs' memoranda in opposition would be filed by October 22, 2020. Plaintiffs in the above-captioned cases separately filed memoranda in opposition on the dockets of their respective cases on that date.

Having reviewed Plaintiffs' memoranda, Defendants seek leave to file the attached combined reply brief, less than eight pages in length, in further support of their motion for partial reconsideration. In particular, Defendants seek to identify and correct mischaracterizations of case law, and of Defendants' positions, in Plaintiffs' memoranda. Particularly given that Defendants' motion concerns the Court's subject matter jurisdiction and that California continues to advance a novel theory of standing for claims under the Administrative Procedure Act without acknowledging that their theory is in fact novel, Defendants believe their submission of a reply brief could be helpful to the Court. It is within the Court's discretion to authorize this filing.[1]

---

[1] Undersigned counsel for Defendants has conferred with counsel for Plaintiffs, who stated that they would not stipulate to the filing of a reply and requested that Defendants state their position as follows: "Plaintiffs in the *AFT* and *California* matters ("Plaintiffs") oppose this motion. At the October 1, 2020 hearing, the Court unambiguously expressed its inclination to limit further briefing, and suggested that Plaintiffs be mindful of that guidance in opposing the Motion for

DEFENDANTS' ADMIN. MOT. FOR LEAVE TO FILE REPLY IN SUPP. OF MOT. FOR PARTIAL RECONSIDERATION 2
Case Nos. 5:20-cv-455-EJD, 5:20-cv-1889-EJD

Accordingly, Defendants respectfully request that the Court grant Defendants leave to file the attached reply and order the Clerk of Court to entered the attached as filed on the dockets of each of the above-captioned cases.

DATED:  October 30, 2020             Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer_____
KATHRYN L. WYER (Utah Bar No. 9846)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

---

Partial Reconsideration. Plaintiffs limited their respective Opposition briefs accordingly. No reply is warranted under these circumstances." *See also* Declaration of Kathryn Wyer, attached hereto. Contrary to Plaintiffs' suggestion, the Court's statement at the CMC about limiting further briefing related primarily to whether Plaintiffs were allowed, in their opposition brief, to address issues beyond those raised in Defendants' motion. The Court indicated that Plaintiffs' opposition brief should not introduce new issues. In accord with that direction, Defendants' short proposed reply does not seek to introduce new issues but instead seeks to respond to Plaintiffs' briefing.

DEFENDANTS' ADMIN. MOT. FOR LEAVE TO FILE REPLY IN SUPP. OF MOT. FOR PARTIAL RECONSIDERATION 3
Case Nos. 5:20-cv-455-EJD, 5:20-cv-1889-EJD