BRIAN M. BOYNTON
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch
KATHRYN L. WYER (Utah Bar No. 9846)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, *et al.*,<br><br>Defendants. | Case No. 5:20-cv-455-EJD<br><br>**JOINT STIPULATION TO STAY DEFENDANTS' DEADLINES TO FILE AN ANSWER AND ADMINISTRATIVE RECORD PENDING RESOLUTION OF DEFENDANTS' ANTICIPATED MOTION TO REMAND ; PROPOSED ORDER** |

  Plaintiffs American Federation of Teachers, California Federation of Teachers, Isai Baltezar, and Julie Cho, and Defendants Miguel Cardona, in his official capacity as Secretary of Education, and the U.S. Department of Education ("Department"), through their respective undersigned counsel, submit this Joint Stipulation to request that, in light of Defendants' intent to seek remand of this action to the Department, Defendants' current October 29, 2021 deadline to file an Answer and Administrative Record be stayed until 30 days after the Court resolves Defendants' motion to remand. The parties state the following in support of their stipulated request:

1. On January 22, 2020, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief, bringing eleven claims under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706, in a challenge to a Final Rule promulgated by the Department. See ECF No. 1.

2. On March 27, 2020, the parties filed a stipulated request to set a briefing schedule in connection with Defendants' motion to dismiss. See ECF No. 22. As part of this request, the parties stipulated and proposed that Defendants' deadlines under Local Civil Rule 16-5 be extended up to and including 30 days after the disposition of Defendants' motion.

3. Following briefing and a hearing on Defendants' motion, the Court issued an Order Granting in Part and Denying in Part Defendants' Motions to Dismiss on September 3, 2021 [ECF No. 33].

4. The parties filed a Case Management Statement on September 21, 2020. See ECF No. 35. Defendants filed a Motion for Partial Reconsideration of the Court's September 3, 2021, ruling on October 1, 2020. See ECF No. 38.

5. Following briefing on Defendants' motion, the Court denied reconsideration in relevant part in an Order issued on September 29, 2021. See ECF No. 44.

6. In light of the Court's ruling, Defendants' deadline to file an Answer and Administrative Record in accord with Local Civil Rule 16-5 is currently October 29, 2021.

7. Defendants state that they anticipate filing a motion for voluntary remand of this action to the agency in light of the Department's initiation of new rulemaking processes on the same topics addressed by the Final Rule at issue in this action. Defendants plan to argue that a remand would conserve judicial resources as well as the resources of the parties. Defendants also plan to propose that the Court remand the action without vacating the Final Rule due to the disruptive impacts such a vacatur would have on the Department's resources and activities as

JOINT STIPULATION; PROPOSED ORDER
Case No. 5:20-cv-455-EJD

well as the Department's inability to effectively implement the rule that preceded the Final Rule, which would go back into effect if the Final Rule were vacated.

8. Counsel for Defendants and counsel for Plaintiffs have conferred regarding Defendants' proposal to remand this action without vacatur.

9. Plaintiffs have taken Defendant's position under consideration but have not yet finalized a decision regarding their position on Defendants' proposed remand.

10. Defendants plan to file a motion to remand as soon as today, or in any case no later than October 29, 2021. The parties anticipate that, consistent with Local Rule 7-3 and absent an additional motion, Plaintiffs opposition or statement of nonopposition will be filed and served within 14 days of Defendants' motion, and, if applicable, Defendants' reply will be filed and served 7 days thereafter.

11. The parties have agreed and respectfully submit this stipulated request that, in light of Defendants' anticipated motion to remand, Defendants' deadline to file an Answer and an Administrative Record should be stayed until 30 days after the Court rules on the motion to remand, if the Court denies the motion.

Dated: October 27, 2021                    Respectfully submitted,

                                           BRIAN M. BOYNTON
                                           Acting Assistant Attorney General
                                           MARCIA BERMAN
                                           Assistant Director, Federal Programs Branch

                                           /s/ Kathryn L. Wyer
                                           KATHRYN L. WYER (Utah Bar No. 9846)
                                           U.S. Department of Justice, Civil Division
                                           1100 L Street, N.W., Room 12014
                                           Tel: (202) 616-8475
                                           Email: kathryn.wyer@usdoj.gov

                                           *Attorneys for Defendants*

/s/ Daniel A. Zibel
DANIEL A. ZIBEL*
AARON S. AMENT*
ROBYN K. BITNER*
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
dan@defendstudents.org
aaron@defendstudents.org
robyn@defendstudents.org
Tel: (202) 734-7495

GLENN ROTHNER (SBN 67353)
ROTHNER SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, CA 91101
grothner@rsglabor.com
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

*Attorneys for Plaintiffs American Federation of Teachers, California Federation of Teachers, Isai Baltezar, and Julie Cho*

*Admitted *Pro Hac Vice*

**PROOF OF CONCURRENCE**

Pursuant to Civil Local Rule 5-1(i)(3), Defendants attest that all Plaintiffs, through their counsel, have concurred in the filing of this Stipulated Request.

Executed on October 27, 2021, in Washington, D.C.

　　/s/ Kathryn L. Wyer
KATHRYN L. WYER

**ORDER RE BRIEFING SCHEDULE AND STAY OF DEFENDANTS' DEADLINES**

      The above JOINT STIPULATION is approved. Defendants shall file their motion to remand on or before October 29, 2021. Defendants' deadline to file an Answer and Administrative Record is STAYED pending the Court's ruling on Defendants' motion to remand. If the Court denies Defendants' motion, Defendants' Answer and Administrative Record will be due 30 days after the Court's Order.

**IT IS SO ORDERED.**

Dated: _____

                                                                                    EDWARD J. DAVILA
                                                                                    United States District Judge