```
BRIAN M. BOYNTON
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch
KATHRYN L. WYER (Utah Bar No. 9846)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
```
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, *et al.*,<br><br>Defendants. | Case No. 5:20-cv-455-EJD<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO FILE MOTION TO REMAND; PROPOSED ORDER** |

    Plaintiffs American Federation of Teachers, California Federation of Teachers, Isai Baltezar, and Julie Cho, and Defendants Miguel Cardona, in his official capacity as Secretary of Education, and the U.S. Department of Education ("Department"), through their respective undersigned counsel, submit this Joint Stipulation to request that, in light of ongoing discussions between the parties, Defendants' current October 29, 2021 deadline to file a Motion to Remand be extended by one week, to November 5, 2021. The parties state the following in support of their stipulated request:

JOINT STIPULATION; PROPOSED ORDER
Case No. 5:20-cv-455-EJD

1

1. On January 22, 2020, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief, bringing eleven claims under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706, in a challenge to a Final Rule promulgated by the Department. *See* ECF No. 1.

2. Defendants moved to dismiss this action for lack of standing. *See* ECF No. 26. Following briefing and a hearing on Defendants' motion, the Court issued an Order Granting in Part and Denying in Part Defendants' Motions to Dismiss on September 3, 2021 [ECF No. 33].

3. The parties filed a Case Management Statement on September 21, 2020. *See* ECF No. 35. Defendants filed a Motion for Partial Reconsideration of the Court's September 3, 2021, ruling on October 1, 2020. *See* ECF No. 38.

4. Following briefing on Defendants' motion, the Court denied reconsideration in relevant part in an Order issued on September 29, 2021. *See* ECF No. 44.

5. On October 27, 2021, the parties filed a Joint Stipulation indicating that Defendants intended to file a motion to remand this action to the Department. *See* Joint Stip. ¶ 7 [ECF No. 45]. In light of Defendants' anticipated motion, the parties stipulated and requested that Defendants' deadlines to file an Answer and Administrative Record be stayed until 30 days after the Court resolved Defendants' motion to remand. *Id.* ¶ 11. Plaintiffs indicated that they had not yet finalized a decision regarding their position on Defendants' proposed remand. *Id.* ¶ 9. However, based on the parties' discussions, Defendants indicated that they planned to file the motion no later than October 29, 2021. *Id.* ¶ 10. The parties indicated that, absent an additional motion, Plaintiffs anticipated filing either an opposition or a statement of nonopposition within 14 days of Defendants' filing. *Id.*

6.      By Order dated October 27, 2021, the Court approved the parties' stipulation and stayed Defendants' deadlines to file an Answer and Administrative Record, ordering that Defendants' motion to remand be filed on or before October 29, 2021. *See* ECF No. 46.

7.      In accord with the parties' prior stipulation and the Court's Order, Defendants are prepared to file their motion to remand today and intend to do so, absent a ruling from the Court before close of business today granting an extension. However, in the two days since the parties filed the Joint Stipulation, party representatives have engaged in further discussions regarding resolution of this action and they believe that a one-week deferral will be useful for those discussions.

8.      The parties therefore have agreed and respectfully submit this stipulated request that Defendants' deadline to file a motion to remand be extended up to and including November 5, 2021.

Dated: October 29, 2021                     Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer
KATHRYN L. WYER (Utah Bar No. 9846)
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Tel: (202) 616-8475
Email: kathryn.wyer@usdoj.gov

*Attorneys for Defendants*

/s/ Daniel A. Zibel
DANIEL A. ZIBEL*
AARON S. AMENT*
ROBYN K. BITNER*

NATIONAL STUDENT LEGAL DEFENSE NETWORK
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
dan@defendstudents.org
aaron@defendstudents.org
robyn@defendstudents.org
Tel: (202) 734-7495

GLENN ROTHNER (SBN 67353)
ROTHNER SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, CA 91101
grothner@rsglabor.com
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

*Attorneys for Plaintiffs American Federation of Teachers, California Federation of Teachers, Isai Baltezar, and Julie Cho*

\*Admitted *Pro Hac Vice*

## PROOF OF CONCURRENCE

Pursuant to Civil Local Rule 5-1(i)(3), Defendants attest that all Plaintiffs, through their counsel, have concurred in the filing of this Stipulated Request.

Executed on October 29, 2021, in Washington, D.C.


    */s/ Kathryn L. Wyer*
KATHRYN L. WYER

**ORDER RE DEFENDANTS' DEADLINE TO FILE MOTION TO REMAND**

The above JOINT STIPULATION is approved. Defendants shall file their motion to remand on or before November 5, 2021.

**IT IS SO ORDERED.**

Dated: _____

_____
EDWARD J. DAVILA
United States District Judge