Glenn Rothner (SBN 67353)
ROTHNER SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, CA 91101
grothner@rsglabor.com
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

Daniel A. Zibel (*admitted pro hac vice*)
Aaron S. Ament (*admitted pro hac vice*)
Robyn K. Bitner (*admitted pro hac vice*)
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1015 15th Street Northwest, Suite 600
Washington, D.C. 20005
dan@defendstudents.org
aaron@defendstudents.org
robyn@defendstudents.org
Telephone: (202) 734-7495

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN FEDERATION OF TEACHERS, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>MIGUEL CARDONA, *in his official capacity as Secretary of Education*, *et al.*,<br><br>*Defendants*. | Case No. 20-cv-00455<br><br>PLAINTIFFS AMERICAN FEDERATION OF TEACHERS & CALIFORNIA FEDERATION OF TEACHERS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>Hon. Edward J. Davila |

1

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs American Federation of Teachers and California Federation of Teachers voluntary dismiss without prejudice all of their claims against Defendants Miguel Cardona and the United States Department of Education in the above titled action. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (noting that a "plaintiff may dismiss . . . some or all of his claims[] through a Rule 41(a)(1) notice"). Defendants have not yet filed an answer or a motion for summary judgment. Dismissal without prejudice is therefore appropriate without a court order.

Dated: November 11, 2021              Respectfully submitted,

/s/ Daniel A. Zibel
DANIEL A. ZIBEL*
AARON S. AMENT*
ROBYN K. BITNER*
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
dan@defendstudents.org
aaron@defendstudents.org
robyn@defendstudents.org
Tel: (202) 734-7495

GLENN ROTHNER (SBN 67353)
ROTHNER SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, CA 91101
grothner@rsglabor.com
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

*Attorneys for Plaintiffs American Federation of Teachers, California Federation of Teachers, Isai Baltezar, and Julie Cho*

*Admitted Pro Hac Vice*