Eileen M. Connor (State Bar No. 248856)
**LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL**
122 Boylston Street
Jamaica Plain, MA 02130
(617) 522-0715
econnor@law.harvard.edu

Jennifer Bennett (State Bar No. 296726)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
jennifer@guptawessler.com

*Attorneys for Amici Curiae*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAI BALTEZAR & JULIE CHO, *et al.*<br><br>*Plaintiffs*,<br>v.<br><br><br>MIGUEL CARDONA, *in his official capacity as Secretary of Education*, & UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 20-cv-00455-EJD<br><br>**ADMINISTRATIVE MOTION OF HOUSING AND ECONOMIC RIGHTS ADVOCATES AND THE PROJECT ON PREDATORY STUDENT LENDING TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS**<br><br>Date:  March 24, 2022<br>Time:  9:00 am<br>Place:  Courtroom 4, 5th Floor<br>Judge:  Hon. Edward J. Davila |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Housing and Economic Rights Advocates and the Project on Predatory Student Lending seek leave under Local Rule 7-11 to file the attached *amicus curiae* brief in support of the plaintiffs' request that this Court vacate the Repeal Rule.

## IDENTITY OF MOVANTS

Housing and Economic Rights Advocates (HERA) is a California not-for-profit legal service and advocacy organization that provides legal advice, advocacy, and representation to low- and moderate-income consumers on a wide range of economic justice issues.

The Project on Predatory Student Lending is part of the Legal Services Center of Harvard Law School and of Harvard University and represents students against the predatory for-profit college industry. The Project was formed in 2012 to combat the massive fraud that was being perpetrated against students and taxpayers by for-profit colleges, and government policies that enable this predatory industry to continue to cheat borrowers and taxpayers.

## THE MOVANTS' INTEREST AND POSITION

Amici curiae represent student borrowers who have been harmed by predatory for-profit schools. Through this work, amici have seen the harm to students caused by predatory schools, unsustainable debt burdens, and abrupt school closures. In response to a significant increase in consumer requests for help from students, HERA's work has increasingly focused on student loan debt, and specifically debt incurred while attending abusive for-profit education institutions. Through direct services and public workshops, HERA currently helps hundreds of Californians each year understand their options and access their rights for unmanageable student debt. These services include helping students who have been victimized by predatory for-profit schools with administrative complaints and applications for discharge based on school misconduct. HERA is co-counsel for debt-burdened former students who are seeking to enforce their right to loan cancelation

-1-

Administrative Motion of Housing and Economic Rights Advocates and the Project on Predatory Student Lending to File Amicus Curiae Brief (Case No. 20-cv-455-EJD)

under the borrower defense to repayment discharge program in two class actions in federal court: *Calvillo Manriquez v. Cardona*, No. 3:17-cv-07210-SK (N.D. Cal. filed Dec. 20, 2017 ) (borrower defense applicants who attended certain programs at the failed for-profit Corinthian Colleges, Inc.), and *Sweet v. Cardona*, No. 19-cv-3674-WH (N.D. Cal. filed June 25, 2019) (borrower defense applicants who attended other programs).

The Project represents thousands of former students across the country and litigates high-impact cases to protect borrower rights. The Project has litigated cases on behalf of former students of for-profit college companies seeking to vindicate their promised right to relief from fraudulently induced student loans. *See, e.g.*, *Manriquez v. Cardona,* Case No. 17-cv-07210-SK; *Sweet v. Cardona*, No. 19-cv-3674-WH. Many of the Project's clients are people of color, veterans, or immigrants. Most are the first in their family to attend college. The Project's work in this area supports its broader goals of economic justice and racial equality.

Because of their close work with and on behalf of former students harmed by the predatory for-profit college industry, movants recognize the necessity of regulating for-profit schools. Movants are deeply concerned that student borrowers will continue to be harmed without the protections established by the 2014 Gainful Employment Rule (GE Rule). Even setting aside the Department of Education's ability to gather new data about student outcomes, the GE Rule's requirement that failing programs carry prominent warnings will at the very least mitigate the information asymmetry that allows schools to deceive current and enrolling students about student outcomes.

### THE MOVANTS' AMICUS BRIEF WILL BENEFIT THE COURT

District courts have broad discretion to grant leave to participate as amicus curiae in a proceeding. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982). Movants HERA and the Project have "unique information" and a "perspective that can help the Court" because of their work representing student borrowers harmed by the for-profit college industry. *NGV Gaming, Ltd. v. Upstream Point Molate,*

-2-

*LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (quoting *Cobell v. Norton*, 246 F.Supp.2d 59, 62 (D.D.C. 2003)). Specifically, the proposed amicus brief illustrates the serious and irremediable harm to student borrowers—movants' clients—that will continue unabated if the 2019 Repeal Rule is not vacated on remand. This severe and irreparable real-world harm is critical to the Court's weighing of the equities. Movants therefore are well-positioned to supplement the efforts of the parties and draw the court's attention to the human toll of leaving the 2019 Repeal Rule in place while the Department, for an indefinite amount of time, considers new rulemaking on the gainful employment issue. *See Sonoma Falls Devs., LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) ("District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved . . . .").

Plaintiffs have consented to the filing of the attached *amicus* brief. The Department of Education has not consented.

## CONCLUSION

For the foregoing reasons, the Court should grant proposed amici's request for leave to file the attached amicus brief.

Dated: November 19, 2021

Respectfully submitted,

*/s/ Jennifer Bennett*
Jennifer Bennett

**GUPTA WESSLER PLLC**
Jennifer Bennett, SBN 296726
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
*jennifer@guptawessler.com*

Eileen M. Connor
(State Bar No. 248856)
**LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL**
122 Boylston Street
Jamaica Plain, MA 02130

-3-

(617) 522-0715
*econnor@law.harvard.edu*

*Attorneys for Amici Curiae*