| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:20-cv-01719-FYP COMMONWEALTH OF PENNSYLVANIA et al v. DEVOS et al Order |
| **Date:** | Thursday, December 09, 2021 3:52:41 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 12/9/2021 at 3:52 PM EDT and filed on 12/9/2021
**Case Name:**         COMMONWEALTH OF PENNSYLVANIA et al v. DEVOS et al
**Case Number:**     1:20-cv-01719-FYP
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER. As requested in the [38] Joint Status Report, the case is hereby stayed pending the conclusion of a rulemaking process by the Department of Education that may affect the resolution of the case. The parties are directed to submit another joint status report on or before March 9, 2022. Signed by Judge Florence Y. Pan on 12/9/2021. (lcsw)**


**1:20-cv-01719-FYP Notice has been electronically mailed to:**

Philip David Ziperman     philip.ziperman@dc.gov

Kathryn L. Wyer     kathryn.wyer@usdoj.gov, fedprog.ecf@usdoj.gov

D. J. Pascoe     pascoed1@michigan.gov, geem1@michigan.gov, miersl@michigan.gov

Jane Melissa Azia     jane.azia@ag.ny.us

Benjamin Michael Wiseman     benjamin.wiseman@dc.gov

Joseph J Chambers     joseph.chambers@ct.gov, donna.beliveau@ct.gov, hadley.gigas@ct.gov

Christopher John Madaio     cmadaio@oag.state.md.us

Yael Shavit     yael.shavit@state.ma.us, Gabrielle.Crossnoe@MassMail.State.MA.US, Mary.Marshall@MassMail.State.MA.US

Carolyn Fast     fast@tcf.org

Samuel Thurston Towell     stowell@oag.state.va.us

Bryan Chien Yee     bryan.c.yee@hawaii.gov, christine.a.haida@hawaii.gov

Christopher James Curtis     christopher.curtis@vermont.gov

Jason Timothy Pleggenkuhle     jason.pleggenkuhle@ag.state.mn.us

Gregory Jones     gregory.jones@ilag.gov

Mark Stanley Kubiak     mkubiak@oag.state.va.us

Christian Douglas Wright     christian.wright@delaware.gov, vanessa.kassab@delaware.gov

Michael John Fischer     mfischer@attorneygeneral.gov, ImpactECF@attorneygeneral.gov

Katherine A. Campbell     katherine.campbell@doj.state.or.us, shiori.gold@doj.state.or.us

Elspeth Lynnnelle Hans     elspeth.hans@law.njoag.gov

Jacob Boyer     jboyer@attorneygeneral.gov, impactecf@attorneygeneral.gov, kbentz@attorneygeneral.gov

Vanessa L. Kassab     vanessa.kassab@delaware.gov

Shannon Ashley Conlin     conlinsa@doj.state.wi.us, baldesr@doj.state.wi.us, burrba@doj.state.wi.us

Olivia DeBlasio Webster     libby.webster@coag.gov

Richard Duane Harlow     harlowrd@doj.state.wi.us, burrba@doj.state.wi.us, phiferwl@doj.state.wi.us

Hailey Dorothea DeKraker     hailey.dekraker@ag.ny.gov

**1:20-cv-01719-FYP Notice will be delivered by other means to::**