Glenn Rothner (SBN 67353)
ROTHNER SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, CA 91101
grothner@rsglabor.com
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

Daniel A. Zibel (*admitted pro hac vice*)
Aaron S. Ament (*admitted pro hac vice*)
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1015 15th Street Northwest, Suite 600
Washington, D.C. 20005
dan@defendstudents.org
aaron@defendstudents.org
Telephone: (202) 734-7495

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAI BALTEZAR & JULIE CHO,<br><br>*Plaintiffs*,<br><br>vs.<br><br>MIGUEL CARDONA, *in his official capacity as Secretary of Education*, & UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 20-cv-00455-EJD<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date: March 24, 2022<br>Time: 9:00 am<br>Place: Courtroom 4, 5th Floor<br>Judge: Hon. Edward J. Davila |

## REQUEST FOR JUDICIAL NOTICE

In connection with an ongoing rulemaking process, Defendants have released and publicized two "Issue Paper[s]" related to their intent to re-regulate on the topic of "Gainful Employment." *See generally* Dkt. 60 (describing, in their Notice of Supplemental Decision, the Department's December 2021 decision to commence negotiated rulemaking); Dkt. 50 at 16 n.12. True and correct copies of the Issue Papers are attached hereto as Exhibits A & B and are

available on the Department's website.[1]

The Issue Papers are relevant to the vacatur issue before the Court for two reasons. First, the Issue Papers confirm that the Department "has demonstrated that it will not . . . adopt the same rule [*i.e.*, the Repeal] upon remand." *In re Clean Water Act Rulemaking*, --- F. Supp. 3d ----, 2021 WL 4924844, at *8 (N.D. Cal., Oct. 21, 2021). Second, the papers confirm the seriousness of the errors in the Repeal insofar as the Department's *current* legal interpretation (but *not* the erroneous interpretation espoused in the Repeal) is that Congress delegated it the authority to define what it means to "prepare students for gainful employment in a recognized occupation." This issue is squarely raised in Count 1. *See generally* Compl. [Dkt. 1] ¶¶ 351–57; Dkt. 50 at 5–6 (summarizing Count 1).

As set forth in prior briefing, *see* Dkt. 50 at 5, both issues are relevant to the Court's application of *Allied-Signal, Inc. v. U.S. Nuclear Regul. Comm'n*, 988 F.2d 146 (D.C. Cir. 1993). Accordingly, plaintiffs request that the Court take judicial notice of the Issue Papers. *See Eidmann v. Walgreen Co.*, 522 F. Supp. 3d 634, 642 (N.D. Cal. 2021) (Davila, J.) ("Documents published on government-run websites are proper for judicial notice given their reliability.") *appeal dismissed,* No. 21-15659, 2021 WL 4785889 (9th Cir. May 17, 2021).

\#   \#   \#

---

[1] *See* U.S. Dep't of Educ., Office of Postsecondary Education, Issue Paper 3: Gainful Employment (Session 1: January 18-21, 2022), *available at* https://www2.ed.gov/policy/highered/reg/hearulemaking/2021/3gainfulemployment.pdf (Exhibit A); U.S. Dep't of Educ., Office of Postsecondary Education, Issue Paper 3: Gainful Employment (Session 2: February 14-18, 2022), *available at* https://www2.ed.gov/policy/highered/reg/hearulemaking/2021/ip3ge.pdf (Exhibit B). These documents may also be located by visiting the Department's main page for 2021-2022 Rulemaking, and clicking through to the materials for Session 1 or Session 2 (respectively) of the Institutional and Programmatic Eligibility Committee Rulemaking, available at: https://www2.ed.gov/policy/highered/reg/hearulemaking/2021/index.html?src=rn.

Respectfully submitted,

Glenn Rothner (SBN 67353)
ROTHNER SEGALL & GREENSTONE

Daniel A. Zibel (admitted *pro hac vice*)
Aaron S. Ament (admitted *pro hac vice*)
NATIONAL STUDENT LEGAL DEFENSE
NETWORK

By: /s/ Daniel A. Zibel
DANIEL A. ZIBEL

Date: February 14, 2022                                  *Counsel for Plaintiffs*