Eileen M. Connor (State Bar No. 248856)
**LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL**
122 Boylston Street
Jamaica Plain, MA 02130
(617) 522-0715
*econnor@law.harvard.edu*

Jennifer Bennett (State Bar No. 296726)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
*jennifer@guptawessler.com*

*Attorneys for Amici Curiae*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAI BALTEZAR & JULIE CHO, *et al*<br><br>*Plaintiffs*,<br>v.<br><br><br>MIGUEL CARDONA, *in his official capacity as Secretary of Education*, & UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Case No. 20-cv-00455-EJD<br><br>~~[PROPOSED]~~ **ORDER GRANTING HOUSING AND ECONOMIC RIGHTS ADVOCATES AND THE PROJECT ON PREDATORY STUDENT LENDING LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' OPPOSITION IN PART AND NON-OPPOSITION IN PART TO DEFENDANTS' MOTION FOR REMAND**<br><br>Date:    March 24, 2022<br>Time:    9:00 am<br>Place:   Courtroom 4, 5th Floor<br>Judge:  Hon. Edward J. Davila |

1
2
3
4
5

This matter having come before the Court by motion of proposed *amici curiae* Housing and Economic Rights Advocates and the Project on Predatory Student Lending, seeking leave to file a brief in the above-captioned matter, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow *amicus* participation.

**IT IS HEREBY ORDERED**:

The motion to file an *amicus curiae* brief in support of plaintiffs is GRANTED.

The __10th__ day of __May__, 2021.

_____

The Honorable Edward J. Davila

-1-
[Proposed] Order Granting Housing and Economic Rights Advocates and the Project on Predatory Student Lending Leave to File Amicus Curiae Brief (Case No. 20-cv-455-EJD)