UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAI BALTEZAR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, et al.,<br><br>Defendants. | Case No. 5:20-cv-00455 EJD<br><br>**JUDGMENT**<br><br>Re: ECF No. 96 |

For the reasons stated in the order of dismissal, this action is dismissed. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 7, 2025

_____
EDWARD J. DAVILA
United States District Judge